IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES O'DELL WALTON, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:17-CV-00220 |
| | § | |
| LORIE DAVIS-DIRECTOR TDCJ-CID, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is the April 12, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred. Dkt. No. 17. No party filed an objection to the M&R. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 17 at 10–11 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety. Dkt. No. 17. The Court hereby:

- **GRANTS** Respondent's motion for summary judgment, Dkt. No. 13;
- **DISMISSES WITH PREJUDICE** this action; and
- **DENIES** Petitioner a Certificate of Appealability.

The Court will direct entry of final judgment separately.

SIGNED this 16th day of July, 2018.

_____
Hilda Tagle
Senior United States District Judge